**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ETHAN WASH,

        Plaintiff,

v.                                         Case No:   6:14-cv-1424-Orl-40TBS

MAC ACQUISITION OF DELAWARE, LLC,

        Defendant.

**ORDER**

This cause is before the Court on Motion to Dismiss or, in the Alternative, Stay this Action and Compel Arbitration (Doc. 4) filed on September 2, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 24, 2014 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Compel Arbitration (Doc. 4) is hereby **GRANTED**.

3.    Any other pending motions are **DENIED** as moot.

4.    This action is **DISMISSED** without prejudice.

5.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 14, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -